# UNITED STATES DISTRICT COURT

## Southern District of Florida

Case Number: 14-CR-60099-KMM

united states of America
Respondent

_____
Plaintiff(s)

v.

David pearson a.k.a
David James pearson-EL,

Movant
_____
Defendant(s)

```
FILED BY ___ D.C.

DEC 31 2020

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.
```

notice of filing
_____
(TITLE OF DOCUMENT)

I, barbara pearson _____ plaintiff or defendant, in the above styled cause,

please attach this marriage license
Along with docket # 74 Reply Motion
to government's Response to
motion to reduce sentence pursuant
to (18 U.S.C. STAT. 3582 (C)(1)(A)(i))

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

**Certificate of Service**

I _Barbara pearson_ , certify that on this date _12-31-2020_ a true copy

of the foregoing document was mailed to: _____

                              name(s) and address(es)

_____

By: _Barbara Lawton_                    _Payton for Barb pearson_

Printed or typed name of Filer            Signature of Filer

~~Florida Bar Number~~ _____        E-mail address _____

Phone Number _____                  Facsimile Number _____

_David pearson 05169-104_
Street Address
_Coleman Medium_
_Federal correctional Institution_
City, State, Zip Code
_P.O. BOX 1032_
_coleman, FL 33521_

Department of Health - Office of Vital Statistics

**(STATE FILE NUMBER)**

# STATE OF FLORIDA
# MARRIAGE RECORD
TYPE IN UPPER CASE
USE BLACK INK
This license not valid unless seal of Clerk,
Circuit or County Court, appears thereon.

Date Returned: **JAN 2 5 2017**

Recorded: Book _2017_ Page _1318_

Howard C. Forman, Clerk of Court

By: _____ Deputy Clerk

ML-CE-2016-004695      DUPLICATE

**(APPLICATION NUMBER)**

## APPLICATION TO MARRY

| | | | |
|---|---|---|---|
| 1. NAME OF SPOUSE *(First, Middle, Last)* **BARBARA ANN LAWTON** | | 1b. MAIDEN SURNAME *(if applicable)* **LAWTON** | 2. DATE OF BIRTH *(Month, Day, Year)* **MAY 05, 1972** |
| 3a. RESIDENCE - CITY, TOWN, OR LOCATION **HOLLYWOOD** | 3b. COUNTY **BROWARD** | 3c. STATE **FLORIDA** | 4. BIRTHPLACE *(State or Foreign Country)* **FLORIDA** |
| 5. NAME OF SPOUSE *(First, Middle, Last)* **DAVID JAMES PEARSON** | | 5b. MAIDEN SURNAME *(if applicable)* **PEARSON** | 6. DATE OF BIRTH *(Month, Day, Year)* **SEP 04, 1967** |
| 7a. RESIDENCE - CITY, TOWN, OR LOCATION **COLEMAN** | 7b. COUNTY **SUMTERVILLE** | 7c. STATE **FLORIDA** | 8. BIRTHPLACE *(State or Foreign Country)* **NORTH CAROLINA** |

WE, THE APPLICANTS NAMED IN THIS CERTIFICATE, EACH FOR HIMSELF OR HERSELF, STATE THAT THE INFORMATION PROVIDED ON THIS RECORD IS CORRECT TO THE BEST OF OUR KNOWLEDGE AND BELIEF, THAT NO LEGAL OBJECTION TO THE ISSUANCE OF A LICENSE TO AUTHORIZE THE SAME IS KNOWN TO US AND HEREBY APPLY FOR LICENSE TO MARRY.

| | |
|---|---|
| 9. SIGNATURE OF SPOUSE *(Sign full name using black ink)* | 10. SUBSCRIBED AND SWORN TO BEFORE ME ON *(DATE)* **DEC. 13, 2016** |
| 11. TITLE OF OFFICIAL **DEPUTY CLERK JENNIFER J MALDONADO** | 12. SIGNATURE OF OFFICIAL *(Use black ink)* |
| 13. SIGNATURE OF SPOUSE *(Sign full name using black ink)* | 14. SUBSCRIBED AND SWORN TO BEFORE ME ON *(DATE)* January 11, 2017 |
| 15. TITLE OF OFFICIAL Notary Public | 16. SIGNATURE OF OFFICIAL *(Use black ink)* |

## LICENSE TO MARRY

AUTHORIZATION AND LICENSE IS HEREBY GIVEN TO ANY PERSON DULY AUTHORIZED BY THE LAWS OF THE STATE OF FLORIDA TO PERFORM A MARRIAGE CEREMONY WITHIN THE STATE OF FLORIDA TO SOLEMNIZE THE MARRIAGE OF THE ABOVE NAMED PERSONS. THIS LICENSE MUST BE USED ON OR AFTER THE EFFECTIVE DATE AND ON OR BEFORE THE EXPIRATION DATE IN THE STATE OF FLORIDA IN ORDER TO BE RECORDED AND VALID.

| | | | |
|---|---|---|---|
| 17. COUNTY ISSUING LICENSE **BROWARD** | 18. DATE LICENSE ISSUED **JAN. 17, 2017** | 18a. DATE LICENSE EFFECTIVE **JAN. 20, 2017** | 19. EXPIRATION DATE **MAR. 20, 2017** |
| 20a. SIGNATURE OF COURT CLERK OR JUDGE | 20b. TITLE **DEPUTY CLERK JENNIFER J MALDONADO** | | 20c. BY D.C. |

## CERTIFICATE OF MARRIAGE

I HEREBY CERTIFY THAT THE ABOVE NAMED SPOUSES WERE JOINED BY ME IN MARRIAGE IN ACCORDANCE WITH THE LAWS OF THE STATE OF FLORIDA.

| | |
|---|---|
| 21. DATE OF MARRIAGE *(Month, Day, Year)* January 23, 2017 | 22. CITY, TOWN, OR LOCATION OF MARRIAGE Coleman, Florida |
| 23a. SIGNATURE OF PERSON PERFORMING THE CEREMONY *(Use black ink)* | 23c. ADDRESS *(Of person performing ceremony)* 14290 S. Highway 475 Summerfield, FL 34491 |
| 23b. NAME AND TITLE OF PERSON PERFORMING THE CEREMONY *(Or notary stamp)* **TAVERLON CUNNINGHAM** Notary Public - State of Florida My Comm. Expires Nov 7, 2017 Commission # FF 038346 | 24. SIGNATURE OF WITNESS TO CEREMONY *(Use black ink)* |
| | 25. SIGNATURE OF WITNESS TO CEREMONY *(Use black ink)* |

SEAL



BROWARD COUNTY, FLORIDA
I certify this to be a true
and correct copy of the original.
WITNESS MY HAND AND SEAL

On JAN 2 0 2017

CLERK OF COURTS, CIRCUIT COURT

BY _____ D.C.