UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-CV-22003-COOKE/GOODMAN
(CASE NO. 03-CR-20759-COOKE)

WILFREDO RODRIGUEZ,

Petitioner,

v.

UNITED STATES OF AMERICA,

Respondent.
_____/

**ORDER APPROVING AND ADOPTING
REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE**

**THIS MATTER** was referred to the Honorable Jonathan Goodman, United States Magistrate Judge, pursuant to 28 U.S.C. §§ 636(b)(1)(A) and (B), for a ruling on all pre-trial, non-dispositive matters and for a Report and Recommendation on any dispositive matters [ECF No. 4]. On October 28 2020, Judge Goodman issued a Report and Recommendation (the "Report") [ECF No. 12] recommending that this Court deny Petitioner's Motion to Vacate Sentence (the "Motion") due to: Petitioner's failure to demonstrate that the jury based its guilty verdict for Counts 3 and 5 solely on the Hobbs Act conspiracy charge (and not the other drug crimes) and Petitioner's inability to overcome the procedural defect in his case. *See* ECF No. 12. Additionally, Judge Goodman recommended that this Court issue a certificate of appealability in this matter because "reasonable jurists could debate whether the jury rested its verdict on an invalid predicate of conspiracy to commit Hobbs Act robbery." ECF No. 12 at pp. 30-31. Petitioner filed his objections to Judge Goodman's Report and Recommendation on November 12, 2020. ECF No. 13. After careful consideration of Petitioner's Motion, Judge Goodman's Report and Recommendations, Petitioner's Objections thereto, the record, and the relevant legal authorities the Court agrees with Judge Goodman's Report and Recommendation and finds that Petitioner's Motion to Vacate Sentence should be denied.

It is, therefore, **ORDERED and ADJUDGED** that Judge Goodman's Report [ECF No. 12] is **APPROVED and ADOPTED**. Accordingly, the Petitioner's Motion to Vacate Sentence is **DENIED**. Additionally, because the Court finds that reasonable jurists could debate whether

the jury rested its verdict on an invalid predicate of conspiracy to commit Hobbs Act robbery the Court **issues a Certificate of Appealability** in this matter. Finally, the Clerk is directed to administratively **CLOSE** this case.

  **DONE and ORDERED** in Chambers at Miami, Florida, this 30th day of December 2020.

*[signature]*
MARCIA G. COOKE
United States District Judge

Copies furnished to:

*The Honorable Jonathan Goodman, U.S. Magistrate Judge*
*Counsel of record*